UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| CLARENCE STALLWORTH, individually and on behalf of all others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 4: 19 CV 2399 RWS |
| MEDICAL DATA SYSTEMS, INC., | ) ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

Pursuant to the scheduling conference held this same date,

**IT IS HEREBY ORDERED** that the parties shall make all disclosures required by Rule 26(a)(1), Fed. R. Civ. P., no later than **January 17, 2020**.

**IT IS FURTHER ORDERED** that the parties may thereafter engage in written discovery consistent with the Federal Rules of Civil Procedure. The presumptive limits of twenty-five (25) interrogatories per party as set forth in Rule 33(a), Fed. R. Civ. P., shall apply.

**IT IS FURTHER ORDERED** that **the Court will hold a telephone status conference with the parties on February 19, 2020 at 10:00 a.m. Plaintiff's counsel will be responsible for placing the conference call and shall have all parties on the line before contacting the Court at 314-244-7430. The parties shall not provide the Court will a call-in number or passcode for the conference.**

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 9th day of January, 2020.