UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CLARENCE STALLWORTH, individually and on behalf of all others similarly situated, ) ) ) ) Plaintiff, ) ) v. ) ) MEDICAL DATA SYSTEMS, INC., ) ) Defendant. ) | Case No. 4: 19 CV 2399 RWS |

## **MEMORANDUM AND ORDER**

As discussed with counsel during today's status conference,

**IT IS HEREBY ORDERED** that **the Court will hold a telephone status conference with the parties on March 4, 2020 at 10:00 a.m. Plaintiff's counsel will be responsible for placing the conference call and shall have all parties on the line before contacting the Court at 314-244-7430. The parties shall not provide the Court will a call-in number or passcode for the conference.**

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 20th day of February, 2020.