IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

Clarence Stallworth, individually and on )
behalf of all others similarly situated, )
    Plaintiff, )
     )
v. )  No. 4:19-cv-2399-RWS
     )
Medical Data Systems, Inc., d/b/a )
Medical Revenue Service, a Florida )
corporation, )
    Defendant. )

So Ordered
/s/ RWS
5/6/2020

**STIPULATION OF DISMISSAL**

The parties, having reached a settlement of Plaintiff's individual claims against Defendant, hereby stipulate to the dismissal of Plaintiff's individual claims with prejudice and dismissal of the claims of the putative class members without prejudice, each party to bear their own attorneys' fees and costs.

Dated: March 20, 2020

One of Plaintiff's Attorneys

/s/ David J. Philipps
David J. Philipps (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60457

One of Defendants' Attorneys

/s/ Jason D. Johnson w/permission
Jason D. Johnson (MO Bar No. 58209)
Wilson Elser Moskowitz Edelman
  & Dicker, LLP
101 W. Vandalia Street, Suite 220
Edwardsville, Illinois 62025

**CERTIFICATE OF SERVICE**

I hereby certify that on March 20, 2020, a copy of the foregoing **Stipulation of Dismissal** was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Jason D. Johnson  jason.johnson@wilsonelser.com
Daniel E. Tranen  daniel.tranen@wilsonelser.com
Wilson Elser Moskowitz Edelman
  & Dicker, LLP
101 W. Vandalia Street
Suite 220
Edwardsville, Illinois 62025

Ryan M. Callahan  ryan@callahanlawkc.com
James R. Crump  james@callahanlawkc.com
Callahan Law Firm, LLC
221 East Gregory
Suite A
Kansas City, Missouri 64114

/s/ David J. Philipps

David J. Philipps   (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com